IN THE SUPREME COURT

**POOLE v. UNIV. OF N.C., CHAPEL HILL**

[368 N.C. 34 (2015)]

CARL H. POOLE, Employee
v.
UNIVERSITY OF NORTH CAROLINA, CHAPEL HILL, Employer
SELF-INSURED
(CORVEL MANAGEMENT SERVICES, Third-Party Administrator)

No. 296A14

Filed 10 April 2015

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 762 S.E.2d 223 (2014), affirming an opinion and award filed on 27 August 2013 by the North Carolina Industrial Commission. Heard in the Supreme Court on 17 March 2015.

*Law Offices of Martin J Horn, PLLC, by Martin J Horn, for plaintiff-appellee.*

*Roy Cooper, Attorney General, by Cathy Hinton Pope, Assistant Attorney General, for defendant-appellant.*

PER CURIAM.

AFFIRMED.